JOHN A. MERRITT, Appellant, v. WALTER BRIGGS, Respondent.

(Submitted by appellant June 17, 1873; decided September term, 1873.)

S. H. Thayer for the appellant.

Judgment reversed by default, and new trial granted.